**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Davalynn Patton, individually and on behalf
of all others similarly situated;
        Plaintiff,

v.                                             CASE NO.: 3:21-cv-10486

IO, Inc. dba Receivables Management Systems
and John Does 1-25.

        Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 17, 2021                                Respectfully Submitted,

                                                            /s/Raphael Deutsch
                                                           Raphael Deutsch
                                                           **Stein Saks, PLLC**
                                                           One University Plaza
                                                           Hackensack, NJ 07601
                                                          rdeutsch@steinsakslegal.com
                                                           Tel. 201-282-6500
                                                          Fax 201-282-6501
                                                          *Attorneys for Plaintiff*

                                SO ORDERED:
                                s/ Zahid N. Quraishi, U.S.D.J.
                                Dated: 8/18/2021